IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

Plaintiff,

v.

MICHAEL K. LIGHTFOOT, d/b/a Sacramento River Mortgage; CITATION FINANCIAL GROUP, INC., d/b/a Citation Financial Group; THADDEUS J. POTOCKI, d/b/a A ABC Chiropractic Center; AUTHORIZED HEALTH INSURANCE AND FINANCIAL SERVICES, INC., d/b/a Authorized Health Insurance; EMPIRE HOME LOAN CORPORATION, d/b/a Empire Mortgage; THOMAS L. CORBIN, d/b/a Leslie Corbin CFP EA; LEGAL RECOVERY SERVICES, INC., d/b/a Legal Recovery Services; WILDRIDGE DEVELOPERS, a General Partnership,

Defendants

2:09-cv-00592-GEB-EFB

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

Since two status reports were filed in this action, one of which was filed late, the Status (Pretrial Scheduling) Conference set for June 15, 2009, is continued to commence at 9:00 a.m. on July 13,

2009. A further joint status report shall be filed no later than fourteen days prior to the July 13 status conference.

IT IS SO ORDERED.

Dated: June 9, 2009

GARLAND E. BURRELL, JR.
United States District Judge