**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Kayla C. Villa, SBN 255641
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
DAVID MECHAM, individually and dba LEGAL RECOVERY SERVICES, INC.; DINA THOMAS, individually and dba EMPIRE HOME LOAN CORPORATION; MICHAEL LIGHTFOOT, individually and dba SACRAMENTO RIVER MORTGAGE; LES CORBIN; and THADDEUS POTOCKI, individually and dba ABC CHIROPRACTIC CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL K. LIGHTFOOT, ET. AL.<br><br>　　　　Defendants.<br>_____/ | Case No. 2:09-CV-00592-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION TO RESPOND TO COMPLAINT** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SCOTT JOHNSON and DefendantS DAVID MECHAM, individually and dba LEGAL RECOVERY SERVICES, INC.; DINA THOMAS, individually and dba EMPIRE HOME LOAN CORPORATION; MICHAEL LIGHTFOOT, individually and dba SACRAMENTO RIVER MORTGAGE; LES CORBIN; and THADDEUS POTOCKI, individually and dba ABC CHIROPRACTIC CENTER, by and through the undersigned, that the parties have agreed to an extension of time to respond to the complaint. Defendant will now have until June 19, 2009 to file a responsive pleading with this court.

Dated: June 11, 2009　　　　　　　　　　DISABLED ACCESS PREVENTS INJURY, INC.

　　　　　　　　　　　　　　　　　　　　By　/s/ *Scott N. Johnson*
　　　　　　　　　　　　　　　　　　　　　　Scott N. Johnson

Dated: June 16, 2009                              PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION


                                                  By  /s/ *Jennifer E. Duggan*
                                                         Jennifer E. Duggan


                               **ORDER**

IT IS SO ORDERED.

Dated:  June 16, 2009

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge