IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL K. LIGHTFOOT, d/b/a<br>Sacramento River Mortgage;<br>THADDEUS J. POTOCKI, d/b/a A ABC<br>Chiropractic Center;  AUTHORIZED<br>HEALTH INSURANCE AND FINANCIAL<br>SERVICES, INC., d/b/a Authorized<br>Health Insurance;  EMPIRE HOME LOAN<br>CORPORATION, d/b/a Empire Mortgage;<br>THOMAS L. CORBIN, d/b/a Leslie<br>Corbin CFP EA;  LEGAL RECOVERY<br>SERVICES;  WILDRIDGE DEVELOPERS, a<br>General Partnership,<br><br>　　　　Defendants. | 2:09-cv-00592-GEB-EFB<br><br><u>ORDER RE SETTLEMENT<br>AND DISPOSITION</u> |

　　　　On July 9, 2009, Plaintiff filed a Notice of Settlement in which he states the parties have settled this action, and a dispositional documents will be filed within twenty calendar days. Therefore, a dispositional document shall be filed no later than July 29, 2009.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal

1

order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  July 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge